| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>ELLEN R. SERBIN, State Bar No. 128895<br>PERONA, LANGER, BECK, SERBIN & MENDOZA<br>300 E. San Antonio Drive<br>Long Beach, California 90807-0948<br>(562) 426-6155   Fax (562) 490-9823<br>ellen@plblaw.com | FILED<br><br>2012 FEB -8  AM 10: 11<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>RIVERSIDE<br>BY: |
| ATTORNEYS FOR  Plaintiff, Victoria L. Sanborn | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA L. SANBORN,<br>Plaintiff(s),<br>v.<br>ABBOTT VASCULAR INC., a Delaware Corporation; ABBOTT LABORATORIES, an Illinois Corporation; and DOES 1 through 50,<br>Defendant(s) | CASE NUMBER:<br>CV 12 - 01063 CAS SPx<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Plaintiff, VICTORIA L. SANBORN,
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                      **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| VICTORIA L. SANBORN | Plaintiff |
| ABBOTT VASCULAR INC. | Defendant and Division of Abbott Laboratories |
| ABBOTT LABORATORIES | Defendant and Employer |

February 6, 2012
Date

Sign

ELLEN R. SERBIN, Attorney for Plaintiff, Victoria L. Sanborn
Attorney of record for or party appearing in pro per