| | |
|---|---|
| 1 | ELLEN R. SERBIN, State Bar No. 128895 [SPACE BELOW FOR COURT USE ONLY] |
| | **PERONA, LANGER, BECK, SERBIN & MENDOZA** |
| 2 | A Professional Corporation |
| | 300 East San Antonio Drive |
| 3 | Long Beach, California 90807-0948 |
| | (562) 426-6155   Fax (562) 490-9823 |
| 4 | ellen@plblaw.com |
| 5 | Attorneys for Plaintiff, VICTORIA L. SANBORN |
| 6 | Margaret J. Grover (Bar No. 112701) |
| | **KRONICK MOSKOVITZ TIEDEMANN & GIRARD** |
| 7 | 1350 Treat Blvd., Suite 105 |
| | Walnut Creek, California  94597 |
| 8 | Telephone:  (925) 395-2380 |
| | Facsimile:  (925) 395-2381 |
| 9 | |
| 10 | Jon E. Klinghoffer (admitted pro hac vice) |
| | Beata G. Brewster (admitted pro hac vice) |
| 11 | **GOLDBERG KOHN LTD.** |
| | 55 East Monroe Street, Suite 3300 |
| 12 | Chicago, Illinois  60603 |
| | Telephone:  (312) 201-4000 |
| 13 | Facsimile:  (312) 863-7887 |
| 14 | Attorneys for Defendants, ABBOTT VASCULAR INC. |
| | and ABBOTT LABORATORIES |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTORIA L. SANBORN, | ) | CASE NO.:  CV 12-01063 CAS (SPx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | **[FILED TOGETHER WITH** |
| ABBOTT VASCULAR INC., a | ) | **STIPULATION FOR PROTECTIVE** |
| Delaware Corporation; ABBOTT | ) | **ORDER]** |
| LABORATORIES, an Illinois | ) | |
| Corporation; and DOES 1 | ) | |
| through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

1  WHEREAS the Plaintiff, VICTORIA L. SANBORN, and Defendants, ABBOTT VASCULAR INC. and ABBOTT LABORATORIES ("Defendants"), through their attorneys of record, have stipulated to the terms of a Protective Order.

 For good cause shown, IT IS HEREBY ORDERED that the Stipulation for Protective Order between the parties is made an Order of the Court, effective as of <u>July 25, 2012</u>.

Dated: <u>July 25, 2012</u>.

/s/
HONORABLE SHERI PYM
United States Magistrate Judge