1  ELLEN R. SERBIN, State Bar No. 128895          [SPACE BELOW FOR COURT USE ONLY]
   **PERONA, LANGER, BECK, SERBIN & MENDOZA**
2  A Professional Corporation
   300 East San Antonio Drive
3  Long Beach, California 90807-0948
   (562) 426-6155   Fax (562) 490-9823
4  ellen@plblaw.com

5  Attorneys for Plaintiff, VICTORIA L. SANBORN

6  Margaret J. Grover (Bar No. 112701)
   **KRONICK MOSKOVITZ TIEDEMANN & GIRARD**
7  1350 Treat Blvd., Suite 105
   Walnut Creek, California  94597
8  Telephone:  (925) 395-2380
   Facsimile:  (925) 395-2381

9

10 Jon E. Klinghoffer (admitted pro hac vice)
   Beata G. Brewster (admitted pro hac vice)
11 **GOLDBERG KOHN LTD.**
   55 East Monroe Street, Suite 3300
12 Chicago, Illinois  60603
   Telephone:  (312) 201-4000
13 Facsimile:  (312) 863-7887

14 Attorneys for Defendants, ABBOTT VASCULAR INC.
   and ABBOTT LABORATORIES

15

16                    UNITED STATES DISTRICT COURT

17                   CENTRAL DISTRICT OF CALIFORNIA

18

19 VICTORIA L. SANBORN,              )   CASE NO.:  CV 12-01063 CAS (SPx)
                                     )
20           Plaintiff,              )
                                     )   **ORDER**
21      v.                           )
                                     )   **[FILED TOGETHER WITH**
22 ABBOTT VASCULAR INC., a           )   **STIPULATION FOR PROTECTIVE**
   Delaware Corporation; ABBOTT      )   **ORDER]**
23 LABORATORIES, an Illinois         )
   Corporation; and DOES 1           )
24 through 50, inclusive,            )
                                     )
25           Defendants.             )
                                     )
26 _____    )

27

28

O:\Review\Pending Orders\Sanborn - Proposed Order.frm        -1-

                                                            **ORDER**

1     WHEREAS the Plaintiff, VICTORIA L. SANBORN, and Defendants,

2  ABBOTT VASCULAR INC. and ABBOTT LABORATORIES ("Defendants"),

3  through their attorneys of record, have stipulated to the terms of a  Protective Order.

4     For good cause shown, IT IS HEREBY ORDERED that the Stipulation for

5  Protective Order between the parties is made an Order of the Court, effective as of

6   July 25, 2012    .

7

8  Dated:   July 25, 2012  .

9                 /s/

                   HONORABLE SHERI PYM

10             United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**